RECEIVED
IN LAKE CHARLES, LA.
DEC 04 2015
TONY R. MOORE, CLERK
BY_____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| KENNETH WAYNE JOHNSON<br>FED. REG. #25615-076 | CIVIL ACTION NO. 14-cv-3155<br>SECTION P |
| VS. | JUDGE MINALDI |
| WARDEN, FEDERAL CORRECTIONAL<br>INSTITUTE AT OAKDALE | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 16) of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the defendant's petition for writ of *habeas corpus* (Rec. Doc. 1) IS **DENIED and DISMISSED WITHOUT PREJUDICE**.

Lake Charles, Louisiana, on this __2__ day of ___Dec___, 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE